UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

EMMANUEL ANDRO

*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

TOWN OF BROOKLINE & al.

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. _____
*(to be assigned by Clerk of the Court)*

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

*FILED IN CLERK'S OFFICE 2015 JUL 27 PM 2: [?] U.S. DISTRICT COURT DISTRICT OF MA*

I, EMMANUEL ANDRO, move for the appointment of counsel for *(check one)*:
- ☐ the limited purpose of reviewing and evaluating my claims;
- ☐ for mediation or settlement; OR
- ☑ for all purposes.

To support this motion, I declare under penalty of perjury that:
1. ☐ I have been granted, or have applied for, permission to proceed *in forma pauperis*; OR
   ☑ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

2. I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty:
_____
_____

3. I need appointed counsel to assist me because:
I HAVE NO LEGAL KNOWLEDGE/BACKGROUND AND I HAVE MADE CONTACT W/ SEVERAL PRO BONO SERVICES, WITHOUT SUCCESS.

07/27/2015
DATE

*[signature]*
SIGNATURE OF APPLICANT

EMMANUEL ANDRO
PRINTED NAME OF APPLICANT

## AFFIDAVIT

In support of my Motion for Appointment of Pro Bono Counsel, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☑ No

    If "Yes" state the place of your incarceration: _____

2. Are you currently employed? ☐ Yes ☑ No ☐ Self-employed

    a. If the answer is "Yes," state:

    Employer's name: _____

    Employer's address: _____

    Amount of take-home pay or wages: $_____ per _____ (specify pay period)

    b. If the answer is "No," state:

    Name of last employer: __SWISSPORT__

    Address of last employer: __112 HABORSIDE DRIVE, BOSTON__

    Date of last employment: __03/2014__

    Amount of take-home salary or wages: $__10__ per __hour__ (specify pay period)

3. Is your spouse or significant-other employed? ☐ Yes ☐ No ☐ Self-employed ☑ Not applicable
    If the answer is "Yes," state:

    Employer's name: _____

    Employer's address: _____

    Amount of take-home pay or wages: $_____ per _____ (specify pay period)

4. In the past 12 months have you received any money from any of the following sources?

    a. Business, profession or other self-employment ☐ Yes ☑ No

    If "Yes," state: Amount received: $ _____

    Amount expected in future: $ _____

    b. Rent payments, interest, or dividends ☐ Yes ☑ No

    If "Yes," state: Amount received: $ _____

    Amount expected in future: $ _____

    c.    Pensions, annuities, or life insurance payments ☐ Yes ☑ No

        If "Yes," state: Amount received: $ _____

        Amount expected in future: $ _____

    d.    Disability or workers compensation payments ☐ Yes ☑ No

        If "Yes," state: Amount received: $ _____

        Amount expected in future: $ _____

    e.    Gifts or inheritances ☐ Yes ☑ No

        If "Yes," state: Amount received: $ _____

        Amount expected in future: $ _____

    f.    Any other sources ☐ Yes ☑ No

        If "Yes," state: Source: _____

        Amount received: $ _____

        Amount expected in future: $ _____

5.    Do you have cash or checking or savings accounts? ☐ Yes ☐ No
(including prison trust accounts)?

If "Yes," state the total amount: _____

6.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☑ No

If "Yes," describe the asset(s) and state the value of each asset listed.

_____
_____
_____
_____
_____

7.    Do you have any other assets?  ☐ Yes  ☑ No

If "Yes," list the asset(s) and state the value of each asset listed.

_____
_____
_____
_____
_____

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?  ☐ Yes  ☑ No

   If "Yes," describe and provide the amount of the monthly expense.

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   n/a

10. Do you have any debts or financial obligations?  ☑ Yes  ☐ No

    If "Yes," describe the amounts owed and to whom they are payable.

    FRIENDS & RELATIVES. PERSONAL LOANS ($1,500.00)

    07/27/2015
    DATE

    _Emmanuel_ (signature)
    SIGNATURE OF APPLICANT
    EMMANUEL ANDRO
    PRINTED NAME OF APPLICANT