UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMMANUEL ANDRO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF BROOKLINE, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 15-13030-NMG |

## DEFENDANT NORFOLK COUNTY'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Norfolk County hereby moves for judgment on the pleadings under Fed. R. Civ. P. 12(c) as to pro se Plaintiff Emmanuel Andro's complaint in its entirety. Andro's scattershot complaint alleging various civil rights violations and actions sounding in tort, even read indulgently, fails to set forth facts plausibly suggesting a right to relief. More importantly, Andro's Complaint attempts to hold Norfolk County liable for the actions of the Norfolk County District Attorney's Office, which is actually controlled and operated by the Commonwealth, not Norfolk County. Thus, Norfolk County was mistakenly named a party in this action and it should therefore be dismissed from this case. In support of this motion, Norfolk County submits the concurrently filed memorandum.

Norfolk County respectfully requests that this Court grant its motion for judgment on the pleadings under Fed. R. Civ. P. 12(c) dismissing all counts in the complaint.

*Motion allowed.* /s/ NMGorton, USDJ 12/7/16

1